## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                                            **PLAINTIFF**
**f/k/a HELENA CHEMICAL COMPANY**

**v.**                          **CASE NO. 2:25-CV-00207-BSM**

**JIMMY FRALEY; d/b/a JIMMY**
**FRALEY FARMS**                                                            **DEFENDANT**

### DEFAULT JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice and default judgment is entered in favor of Helena Agri-Enterprises for $400,180.14, compromising of $384,438.37 for the outstanding balance on the loan plus accrued interest through September 10, 2025; $15,336.77 in pre-judgment interest for the period between September 10, 2025 and today in the amount of $111.136 per day; and $405 in costs. Post-judgment interest will accrue at the rate provided under 28 U.S.C. § 1961.

IT IS SO ORDERED this 26th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE